**Motion Granted and Abatement Order filed September 12, 2019.**



In The

# Fourteenth Court of Appeals
_____

NO. 14-18-00810-CR
_____

**SHACORY  KEANTRE  HOLDER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 344th District Court
Chambers County, Texas
Trial Court Cause No. 17DCR0239**

---

## ABATEMENT ORDER

On August 28, 2019, the State filed a motion to abate this appeal pending a motion to dismiss that appellant has agreed to file in this court. The motion is GRANTED.

The appeal is abated, treated as a closed case, and removed from this Court's active docket. The appeal will be reinstated on this Court's active docket in **60 days,** if appellant does not file an agreed motion to dismiss. The Court will also

consider an appropriate motion to reinstate the appeal filed by either party, or the Court may reinstate the appeal on its own motion.

It is so ORDERED.

PER CURIAM

Panel Consists of Justices Jewell, Bourliot, and Zimmerer.